```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
ASSOCIATED INDUSTRIES INSURANCE                               :
COMPANY, INC.,                                                :
                                                              :
                              Plaintiff,                      :   21 Civ. 3624 (LGS)
             -against-                                        :
                                                              :   ORDER
WACHTEL MISSRY LLP, et al.                                    :
                              Defendants.                     :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an initial conference is scheduled for July 1, 2021.  Dkt. No. 10.

WHEREAS, this Court's May 24, 2021, Order required the parties to file a joint letter and proposed case management plan by June 24, 2021.  Dkt. No. 10.

WHEREAS, the parties failed to file the joint letter or proposed case management plan.  It is hereby

**ORDERED** that if Plaintiff has been in communication with Defendant, then the parties shall file the joint letter and proposed case management plan by **June 28, 2021**.  If Plaintiff has not been in communication with Defendant, by **June 28, 2021**, Plaintiff shall file a status letter (1) apprising the Court of the efforts to serve Defendant; (2) proposing a deadline by which to move for default judgment against Defendant pursuant to this Court's Individual Rules; and (3) requesting adjournment of the initial conference.

Dated: June 25, 2021
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**