UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ASSOCIATED INDUSTRIES INSURANCES
CO., INC.,
                              Plaintiff, :      21 Civ. 3624 (LGS)

        -against- :      ORDER

WACHTEL MISSRY LLP, et al.,
                            Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, an initial conference was held on September 23, 2021, at 10:40 a.m., to discuss a scheduling order and Plaintiff's proposed motion for judgment on the pleadings or summary judgment.

    WHEREAS, Defendant Wachtel Missry LLP stated that the parties will be participating in a mediation session for the underlying action pending in the Eastern District of New York in early to mid-November 2021.

    WHEREAS, Defendant Kleinhendler did not appear. It is hereby

    **ORDERED** that, by **November 19, 2021**, the parties shall file a joint letter apprising the Court of the status of the mediation and proposing a briefing schedule for Plaintiff's proposed motion for judgment on the pleadings or motion for summary judgment. It is further

    **ORDERED** that, by **October 7, 2021**, Defendant Kleinhendler shall answer or otherwise respond to the Complaint. It is further

    **ORDERED** that, in the event that Defendant Kleinhendler fails to answer or otherwise respond to the Complaint, Plaintiff shall move for default judgment pursuant to Attachment A of

this Court's Individual Rules by **October 29, 2021**.

Dated: September 23, 2021
      New York, New York

                                            LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE