```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ASSOCIATED INDUSTRIES INSURANCE                             :
COMPANY, INC.,                                              :
                                                            :
                              Plaintiff,                    :    21 Civ. 3624 (LGS)
                                                            :
              -against-                                     :    ORDER
                                                            :
WACHTEL MISSRY LLP, et al.,                                 :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an Opinion and Order issued on September 8, 2022, granted Plaintiff's motion for judgment on the pleadings, subject to affirmative defenses. The Opinion and Order required each Defendant to file a letter identifying and describing any affirmative defenses they planned to pursue, which each Defendant did on September 15, 2022 (Dkt. Nos. 68-69). Plaintiff filed a response to both letters on September 22, 2022 (Dkt. 71).

WHEREAS, Defendant Wachtel Missry LLP filed a letter regarding an anticipated motion for summary judgment on its affirmative defenses on September 28, 2022 (Dkt. 72), and Plaintiff filed a response on October 5, 2022 (Dkt. 74). It is hereby

**ORDERED** that Defendants' letters are construed as a motion for summary judgment on the affirmative defenses, and Plaintiff's letters are construed as a cross-motion for summary judgment on the affirmative defenses. It is further

**ORDERED** that, no later than **October 14, 2022,** the parties shall jointly file all communications between Plaintiff and Defendants referenced in the parties' above-mentioned filings or otherwise pertaining to the resolution of the motions.

Dated: October 6, 2022
       New York, New York

                                               _____
                                               **LORNA G. SCHOFIELD**
                                               **UNITED STATES DISTRICT JUDGE**