UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ASSOCIATED INDUSTRIES INSURANCE
COMPANY, INC.,
                                          Plaintiff,           21 Civ. 3624 (LGS)

                   -against-                       ORDER

WACHTEL MISSRY LLP, et al.,
                                      Defendants.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, an Opinion and Order issued on September 8, 2022, granted Plaintiff's motion for judgment on the pleadings, subject to affirmative defenses. The Opinion and Order required each Defendant to file a letter identifying and describing any affirmative defenses they planned to pursue, which each Defendant did on September 15, 2022. In its letter, Defendant Wachtel Missry LLP noted its intention to file a motion under Fed. R. Civ. P. 59 to amend or alter the Opinion and Order. On October 6, 2022, Defendant Wachtel Missry LLP filed that motion. It is hereby

       **ORDERED** that Plaintiff shall file a response, not to exceed ten pages, to Defendant's motion by **October 28, 2022**. Defendant shall not submit a reply without leave of the Court.

Dated: October 7, 2022
       New York, New York

                                                            LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE