UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC., <br><br> Plaintiff, <br><br> -against- <br><br> WACHTEL MISSRY LLP and HOWARD KLEINHENDLER, <br><br> Defendants. | Civ. No. 1:21-cv-03624-LGS |

**PARTIES JOINT SUBMISSION IN ACCORDANCE WITH THE COURT'S ORDERS DATED OCTOBER 6, 2022 AND OCTOBER 11, 2022**

WHEREAS, on October 6, 2022, the Court entered an Order [dkt. 77], in which the Court ORDERED that the parties' recent letters [dkts. 68-69, 71, 72, and 84] are construed as cross-motions for summary judgment on Defendants' affirmative defenses;

WHEREAS, the Court further ORDERED that, no later than October 14, 2022, the parties shall jointly file all communications between Plaintiff and Defendants referenced in the parties' above-mentioned filings or otherwise pertaining to the resolution of the motions;

WHERAS, on October 11, 2022, the Court entered a further ORDER [dkt. 80] extending the deadline for the parties' joint submission to November 4, 2022;

NOW, THEREFORE, Plaintiff, Associated Industries Insurance Company, Inc., and Defendants, Wachtel Missry LLP and Howard Kleinhendler, jointly submit the following materials in support of their cross-motions for summary judgment:

| Exhibit No. | Bates No. | Document Date |
|---|---|---|
| 1 | AIIC01849-68 | 8/21/2019 |
| 2 | AIIC01871-72 | 8/22/2019 |
| 3 | AIIC01874-75 | 8/22/2019 |
| 4 | AIIC01904-05 | 9/20/2019 |

1

| Exhibit No. | Bates No. | Document Date |
|---|---|---|
| 5 | AIIC10404-06 | 12/31/2019 |
| 6 | AIIC11432-37 | 1/8/2020 |
| 7 | AIIC10131-33 | 2/7/2020 |
| 8 | AIIC11849-51 | 2/7/2020 |
| 9 | AIIC08744 | 2/13/2020 |
| 10 | AIIC09139 | 2/20/2020 |
| 11 | AIIC06338-39 | 2/25/2020 |
| 12 | AIIC06346 | 2/26/2020 |
| 13 | AIIC07577 | 2/26/2020 |
| 14 | AIIC07331-32 | 3/1/2020 |
| 15 | AIIC06341-42 | 3/2/2020 |
| 16 | AIIC06271-72 | 4/27/2020 |
| 17 | AIIC06210-11 | 5/21/2020 |
| 18 | AIIC02939 | 6/8/2020 |
| 19 | AIIC06213-15 | 6/9/2020 |
| 20 | AIIC11942-44 | 6/9/2020 |
| 21 | AIIC02582-91 | 6/19/2020 |
| 22 | AIIC02622-23 | 6/19/2020 |
| 23 | AIIC00703-13 | 10/5/2020 |
| 24 | AIIC06377-83 | 12/11/2020 |
| 25 | AIIC06203-05 | 1/17/2021 |
| 26 | AIIC06348 | 2/6/2021 |
| 27 | AIIC08750 | 2/11/2021 |
| 28 | AIIC01783 | 2/24/2021 |
| 29 | AIIC03392-99 | 4/20/2021 |
| 30 | AIIC02628 | 5/3/2021 |
| 31 | AIIC07256-58 | 5/6/2021 |
| 32 | AIIC09468-69 | 9/9/2021 |
| 33 | AIIC12193-200 | |

Dated: November 4, 2022

Respectfully submitted,

_/s/ Kim Hoyt Sperduto_
Kim Hoyt Sperduto
S.D.N.Y. Bar No. KS5048
Peter G. Thompson (*pro hac vice*)
April H. Gassler (*pro hac vice* )
SPERDUTO THOMPSON & GASSLER PLC
1050 30th Street, NW
Washington, DC 20007
202-408-8900 (tel)
202-465-8104 (fax)

ksperduto@stglawdc.com
pthompson@stglawdc.com
agassler@stglawdc.com

*Counsel for Plaintiff*
*Associated Industries Insurance Company*


    */s/ Jeremy King*
Jeremy M. King, Esq.
OLSHAN FROME WOLOSKY LLP
1325 Avenue of the Americas
New York, NY 10019
212-451-2300
Fax: 212-451-2222
jking@olshanlaw.com

*Counsel for Defendant*
*Wachtel Missry LLP*


    */s/ Howard Kleinhendler*
Howard Kleinhendler, Esq.
369 Lexington Avenue
Ste 12th Floor
New York, NY 10017
917-793-1188
Fax: 732-901-0832
howard@kleinhendler.com

*Defendant (Pro Se)*

11878489-4