|  |  |
|---|---|
| **From:** | Maria Trigueros on behalf of Maria Trigueros |
| **Sent on:** | Thursday, August 22, 2019 9:12:06 AM |
| **To:** | Hkleinhendler@wmllp.com |
| **CC:** | cheryl.white@usi.com |
| **Subject:** | RE: Allan H. Applestein vs Wachtel Missry LLP Claim no 3141477 |
| **Attachments:** | 2019.08.22 AmTrust Acknowledgement Letter.pdf (11.68 KB) |

Good morning,

Please view the attached acknowledgement letter regarding the above referenced claim number, sent on behalf of the adjuster listed.

*M. Patty Trigueros*
Claims Assistant
Amtrust North America
233 North Michigan Ave. Suite 1200
Chicago, IL 60601
312.577.7310  office
Maria.Trigueros@amtrustgroup.com
www.amtrustgroup.com

CONFIDENTIAL                                                                                                                                         AIIC01871



August 22, 2019

Howard Kleinhendler
Wachtel Missry LLP
One Dag Hammarskjold Plaza
885 Second Avenue
New York, NY 10017
Hkleinhendler@wmllp.com

|  | RE: | Claim Number: | 3141477 |
|---|---|---|---|
|  |  | Insured: | Wachtel Missry LLP |
|  |  | Policy Number: | AES1058242 01 |
|  |  | Claimant: | Allan H. Applestein |
|  |  | Date of Loss: | 8/21/2019 |

Dear Howard Kleinhendler:

This letter acknowledges receipt of the captioned matter.  Please be aware that this matter has been assigned to Timothy Jacobs.  Timothy Jacobs will contact you shortly.  If you would like to contact him for any reason please note that his direct dial telephone number is 312-803-6991, his e-mail address is Timothy.Jacobs@amtrustgroup.com and his regular mailing address is 233 N. Michigan Ave., Suite 1200 Chicago, Illinois 60601.

Please be aware that this letter does not address whether the captioned matter is covered under the terms of your insurance policy.  We will not be in a position to opine on coverage until Timothy Jacobs has completed his investigation.  Accordingly, please be aware that we are not waiving any terms, conditions, exclusions or other provisions of the insurance policy issued by AmTrust or any of its affiliates.  AmTrust expressly reserves all of its rights under the Policy.

Thank you and we look forward to working with you on this matter.


Sincerely,

**AmTrust North America**


CC:    cheryl.white@usi.com


233 N. Michigan Ave.
Ste 1200
Chicago, Illinois 60601