| | |
|---|---|
| **From:** | Tim Jacobs<Tim.Jacobs@amtrustgroup.com> on behalf of Tim Jacobs</O=AMTRUST NORTH AMERICA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FB7906DDD0414CDE849A2936F783231C-TI> |
| **Sent on:** | Friday, January 3, 2020 12:21:45 PM |
| **To:** | Chicago CA PIF <ChicagoCAPIF@amtrustgroup.com> |
| **Subject:** | FW: Applestein v. Wachtel Missry LLP; Claim No.: 3141477 |
| **Attachments:** | image003.jpg (335 Bytes) |

2019.10.7 email from the insured
3141477
INV

Tim Jacobs
Claims Manager
AmTrust Financial Services, Inc.
233 N. Michigan Avenue
Chicago, Illinois 60601
312.803.6991 office
Timothy.Jacobs@amtrustgroup.com
www.amtrustgroup.com

(Image has been removed and will appear at end of document.)

**From:** Evan Weintraub <WEINTRAUB@wmllp.com>
**Sent:** Friday, September 20, 2019 8:02 AM
**To:** Tim Jacobs <Tim.Jacobs@amtrustgroup.com>
**Subject:** [EXTERNAL] RE: Applestein v. Wachtel Missry LLP; Claim No.: 3141477

Tim:
We are working on providing you with the documents requested below and should start sending these to you next week.

Regards,
Evan

**From:** Tim Jacobs <Tim.Jacobs@amtrustgroup.com>
**Sent:** Wednesday, September 18, 2019 4:40 PM
**To:** Evan Weintraub <WEINTRAUB@wmllp.com>
**Subject:** Applestein v. Wachtel Missry LLP; Claim No.: 3141477

Evan,

Thank you for speaking with me on the above matter yesterday.  Also, thank you for providing me the timeline Mr. Kleinhendler prepared in response to the demand letter from Pryor Cashman LLP.  In addition to the timeline and the demand letter, I would appreciate if you could please provide the following information and documents:

- The exhibits referred to in the demand letter;
- The Smith Declaration, along with any attachments or exhibits;
- All correspondence between Pryor Cashman and Wachtel Missry and/or Mr. Kleinhendler regarding the real estate transaction underlying the claim by Mr. Appleton;
- All correspondence between Kleinhendler and/or Wachtel Missry and Applestein, or his representatives after march 1, 2016;
- Any Correspondence from Kleinhendler regarding the conflict of interest or potential conflict of interest with Applestein regarding the purchase of the Fones Cliff property or any other representation;
- The Virginia True bankruptcy docket; and
- The Complaint in the lawsuit filed by Cipollones, referred to in the Demand Letter.

I appreciate your assistance in providing the above information as quickly as possible.  It is likely that after receiving this information, I will find that additional information will be necessary.  While we continue our investigation, Associated Industries reserves all rights.

Sincerely,


Tim Jacobs
Claims Manager
AmTrust Financial Services, Inc.
233 N. Michigan Avenue
Chicago, Illinois 60601
312.803.6991 office
Timothy.Jacobs@amtrustgroup.com
www.amtrustgroup.com


(Image has been removed and will appear at end of document.)

**Confidentiality Notice: This email message is intended only for the individual or entity to which it is addressed. This email may contain information that is proprietary or privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this email by accident, please notify the sender immediately and destroy this email and all copies of it.**