UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC., <br><br>  Plaintiff, <br><br> -against- <br><br> WACHTEL MISSRY LLP and HOWARD KLEINHENDLER, <br><br>  Defendants. | Case No. 1:21-cv-03624-LGS <br><br> **STIPULATION OF DISMISSAL** <br> <u>**WITH PREJUDICE**</u> |

IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and between the undersigned attorneys, that this action is dismissed with prejudice, and that all matters in dispute have been resolved as between Plaintiff Associated Industries Insurance Company, Inc. and Defendant Wachtel Missry LLP with each party to bear its own fees and costs, including attorneys' fees, unless agreed otherwise by the parties.

IT IS FURTHER STIPULATED AND AGREED that this stipulation may be signed in counterparts and a facsimile or electronic copy of this stipulation may be used in lieu of an original.

*[Remainder of page left intentionally blank]*

11917431-1

Dated: New York, New York
December 27, 2022

| SPERDUTO THOMPSON & GASSLER PLC | OLSHAN FROME WOLOSKY LLP |
|---|---|
| By: */s/ Kim Hoyt Sperduto*<br>Kim Hoyt Sperduto<br>Peter G. Thompson (*pro hac vice*)<br>April H. Gassler (*pro hac vice*)<br>*Attorneys for Plaintiff Associated Industries Insurance Company*<br>1050 30th Street, NW<br>Washington, DC 20007<br>(202) 408-8900<br>ksperduto@stglawdc.com<br>pthompson@stglawdc.com<br>agassler@stglawdc.com | By: */s/ Jeremy King*<br>Jeremy M. King<br>*Attorneys for Defendant Wachtel Missry LLP*<br>1325 Avenue of the Americas<br>New York, New York 10019<br>(212) 451-2300<br>jking@olshanlaw.com |

11917431-1