```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
ASSOCIATED INDUSTRIES INSURANCE                              :
COMPANY, INC.,                                               :
                                                             :     21 Civ. 3624 (LGS)
                                          Plaintiff,         :
                                                             :           ORDER
                      -against-                              :
                                                             :
WACHTEL MISSRY LLP and HOWARD                                :
KLEINHENDLER,                                                :
                                                             :
                                          Defendants.        :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

The Court has been informed that Plaintiff and Defendant Wachtel Missry LLP have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that the claims against Defendant Wachtel Missry are dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Defendant Wachtel Missry's motion for summary judgment as to the affirmative defenses and motion to alter the judgment and Plaintiff's cross-motion for summary judgment as to Defendant Wachtel Missry's affirmative defenses are **DENIED** as moot, and all conferences are **CANCELED**.

Dated: December 27, 2022
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE