**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ASSOCIATED INDUSTRIES INSURANCE
COMPANY, INC.,

                Plaintiff,

-against-                                       21 **CIVIL** 3624 (LGS)

## JUDGMENT

WACHTEL MISSRY LLP and HOWARD
KLEINHENDLER,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 9, 2023, because Mr. Kleinhendler did not raise his Third, Fourth, and/or Eighth Affirmative Defenses on the Parties' cross-motions for summary judgment, Defendant, Howard Kleinhendler's Third, Fourth, and Eighth Affirmative Defenses are DISMISSED. Judgment is entered in favor of Plaintiff, Associated Industries Insurance Company, and against Defendant, Howard Kleinhendler, on Plaintiff's Third Claim for Relief. Judgment is entered in favor of Plaintiff, Associated Industries Insurance Company, and against Defendant, Howard Kleinhendler, on Mr. Kleinhendler's Second Affirmative Defense and a Final judgment is entered in favor of Plaintiff, Associated Industries Insurance Company and against Defendant, Howard Kleinhendler; accordingly, the case is closed.

**Dated:** New York, New York

       January 9, 2023

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**

                            **BY:**    *K. Mango*

                                                      **Deputy Clerk**